
**The following constitutes the order of the Court.**
**Signed: May 23, 2022**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **ZYNO OCEAN YANG**,

Debtor.

Case No. 22-50336 SLJ
Chapter 7

## ORDER VACATING DISMISSAL

I dismissed the above-captioned bankruptcy case on May 20, 2022 because Debtor did not timely file a Schedule C or Creditor Matrix. ECF 15; *see* ECF 7. But on May 25, 2022, Debtor filed a motion requesting I vacate dismissal, saying these documents were not filed because Debtor did not receive actual notice that there were outstanding documents to file. ECF 17. Along with the motion, Debtor also filed a Schedule C. ECF 18.

I conclude Debtor shows the dismissal of this case was due to excusable neglect, and by filing the Schedule C Debtor also shows an intent to complete this case. But Debtor still has not filed the Creditor Matrix. Accordingly, it is hereby ordered that:

1. The order dismissing Debtor's bankruptcy case, ECF 12, be vacated;
2. Debtor shall file a Creditor Matrix by **June 6, 2022**;
3. Should Debtor fail to file a Creditor Matrix by June 6, 2022 I will dismiss this case without further notice; and

4. Reinstatement of the case restores the automatic stay only prospectively from the date of entry of this order. *In re Sewell*, 345 B.R. 174 (B.A.P. 9th Cir. 2006).

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

U.S. Mail:
Zyno Ocean Yang
1035 Aster Ave
Apt 1131
Sunnyvale, CA 94086

[ECF recipients]